# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 09-PO-00114-DLW |
| KENNETH GARCIA | Pro Se (Defendant's Attorney) |

**THE DEFENDANT:** Was found guilty on Count I of the Information after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| 43 U.S.C. 315 and 315(a) and 43 C.F.R. 44140.1(b)(1)(i) and 9264.1(a) | Willfully Allowing Livestock, or Other Privately Owned/Controlled Animals, to-wit: Cattle, to Graze or be Driven Across Bureau of Land Management Land Without a Permit, Lease or Other Grazing Use Authorization and Timely Payment of Grazing Fees | On, about or between July 23, 2008 and August 5, 2008 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts II and III of the Information were dismissed at the beginning of the trial.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

August 6, 2009
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

August 6, 2009
Date

DEFENDANT: KENNETH GARCIA  
CASE NUMBER: 09-PO-00114-DLW                              Judgment-Page 2 of 6

## PROBATION

The defendant is hereby placed on probation for a term of One (1) Year.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the following page.

### STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
2) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
3) The defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

### ADDITIONAL CONDITIONS OF SUPERVISION

1) Defendant will not permit livestock to enter upon Bureau of Land Management Land without proper authorization.
2) Defendant will provide adequate watering systems to dissuade his cattle from entering the riparian to water.
3) Defendant will pay a fine in the amount of $500.00. The Court will review whether the fine should be paid on the August, 2010 Monte Vista Petty Offense Docket.
4) Provided that the Bureau of Land Management will pay for fencing materials, and provided that the appropriate landowner(s) grant necessary permission, Defendant will erect and maintain a fence along the entire boundary where his cattle legally graze.
5) In the event the conditions of paragraph 4 above cannot be fulfilled, Defendant shall perform community service within the discretion of the Court.
6) Defendant shall pay a $10.00 Special Assessment Fee.

DEFENDANT: KENNETH GARCIA
CASE NUMBER: 09-PO-00114-DLW                                        Judgment-Page 3 of 6

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count  | Assessment | CVB    | Fine     | Restitution |
|--------|------------|--------|----------|-------------|
| 1      | $10.00     | $0.00  | $500.00  | $0.00       |
| TOTALS | $10.00     | $0.00  | $500.00  | $0.00       |

DEFENDANT: KENNETH GARCIA
CASE NUMBER: 09-PO-00114-DLW

Judgment-Page 4 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Special Assessment Fee shall be paid immediately.

Payment of the $500.00 Fine is deferred until the August, 2010 Monte Vista Petty Offense Docket, at which time the Court will review whether the fine should be paid.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.