IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 09-PO-00114-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. KENNETH GARCIA,

Defendant.

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court has been informed by BLM that the Defendant has completed the fencing project, therefore;

**IT IS HEREBY ORDERED** that the fine of $500.00 previously imposed in this case is to be waived based upon the Defendant's having completed the fencing project and the case shall be closed.

DATED: October 7, 2010

BY THE COURT:

David L. West
United States Magistrate Judge

## CERTIFICATE OF MAILING

I hereby certify that on this __19th__ day of __October__, 2010, a true and correct copy of the foregoing __Order__ was placed in the U. S. Mail, postage prepaid to the following:

U. S. Attorney's Office
103 Sheppard Drive, Rm. 215
Durango, Colorado 81303

Kenneth Garcia
P. O. Box 498
Manassa, Colorado 81141

By: _Shirley W. Dills_
**Assistant to Magistrate Judge**